UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| PHILLIP N. KERCH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CV425-030 |
| | ) |
| PHILIP GLENN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

*Pro se* plaintiff Phillip N. Kerch filed this case asserting multiple 42 U.S.C. § 1983 claims. *See generally* doc. 1; *see also* doc. 12, doc. 16. The Court granted him leave to proceed *in forma pauperis* and directed him to complete and return the necessary forms. *See generally* doc. 4. When he did not return one of the forms, the Court directed him to correct the omission. *See* doc. 17 at 2-3. He was directed to respond to the Court's Order by no later than May 29, 2025. *Id.* at 3. He did not. *See generally* docket. The Court also directed him to submit a consolidated

1

Complaint by that date. *Id.* at 5. He has also failed to comply with that Order. *See generally* docket.

This Court has the authority to prune cases from its docket where parties have failed to comply with its Orders. *See* S.D. Ga. L.R. 41.1(b); *see also Link v. Wabash R.R. Co.*, 370 U.S. 626, 630-31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989) ("The district court possesses the inherent power to police its docket."); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983); *Floyd v. United States*, CV491-277 (S.D. Ga. June 10, 1992). Kerch's failure to comply with the Court's Orders provides a sufficient reason to dismiss his Complaint.

Accordingly, Kerch's Complaint, as amended, is **DISMISSED** for failing to obey a court order and failing to prosecute his case. *See, e.g.,* Fed. R. Civ. P. 41(b). The Clerk is **DIRECTED** to **CLOSE** this case.

**SO ORDERED,** this 30th day of June, 2025.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA